UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,

v.

MICHAEL JOSEPH HODGE,
        Respondent.

**Judgment in a Civil Case**

Case Number: 5:21-HC-2217-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for hearing to determine whether respondent is a sexually dangerous person and thereby subject to civil commitment under the Adam Walsh Act, 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that the respondent is committed to the custody of the Attorney General for care and treatment pursuant to 18 U.S.C. § 4248(d).

This Judgment Filed and Entered on January 11, 2023, with service on:
Genna D. Petre, Holly P. Pratesi, Joshua B. Royster, Halerie M. Costello, and Joseph H. Craven (via CM/ECF Notice of Electronic Filing)

January 11, 2023

Peter A. Moor, Jr.
Clerk of Court

By: *[signature: Stephanie Mann]*

Deputy Clerk